UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| JOSE M., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, <br> Commissioner, Social <br> Security Administration, <br><br> Defendant | C.A. No. 1:23-CV-00319-MSM-PAS |

# ORDER

Mary S. McElroy, United States District Judge.

On August 20, 2024, Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R&R"), ECF No. 17, recommending that the Court grant the defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 13) and deny the plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 11). After having carefully reviewed the relevant papers, and having heard no objections, the Court ACCEPTS the R&R and ADOPTS the recommendations and reasoning set forth therein.

Accordingly, defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 13) is GRANTED. Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 11) is DENIED.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge
September 5, 2024